FILED

OCT 27 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE:  )  CASE NUMBER 1:06MS00470
        )
PETITION OF H.A.J.  )  JUDGE: Richard J. Leon
        )
        )  DECK TYPE: Miscellanous
        )
        )  DATE STAMP: 10/27/2006
        )  (On removal from the Superior
        )  Court of the District of Columbia,
        )  Adoption No.: A58-06

## NOTICE OF REMOVAL OF A SUBPOENA MATTER

The United States Attorney, through the undersigned attorneys, and on behalf of the Court Services and Supervision Agency for the District of Columbia (CSOSA) and Ms. Hope Taylor, hereby files this Notice of Removal of a subpoena matter pursuant to 28 U.S.C. §§ 1442(a)(1), 1446, Brown & Williamson Tobacco Corp. v. Williams, 62 F.3d 408, 412-415 (D.C. Cir. 1995), and Houston Business Journal, Inc. v. Office of the Comptroller of the Currency, 86 F.3d 1208, 1211 (D.C. Cir. 1996). In support of that notice, CSOSA and Ms. Hope state as follows:

1. Ms. Hope Taylor is a Community Supervision Officer employed by CSOSA. On October 11, 2006, CSOSA and Ms. Hope received a subpoena purportedly issued under the authority of the Superior Court of the District of Columbia in a Family Court case now pending in that Court, In Re Petition of H.A.J. (D.C. Super. Ct., Family Court, Domestic Relations Branch). The subpoena directs Ms. Hope to appear before the Superior Court on Friday October 27, and produce "the documents, files, anotes relating to Probation and Parole, adjustments, arrest and conviction record and drug results."

2. A copy of the Subpoena is attached. See Exhibit 1 (Subpoena).

3. CSOSA, on its behalf and on behalf of Ms. Hope, will be moving to quash the Subpoena based on defenses relying on federal law and raising federal questions.

4. This notice of removal of the subpoena matter is brought pursuant to 28 U.S.C. §§

1442(a), 1446, <u>Brown & Williamson Tobacco Corp. v. Williams</u>, 62 F.3d 408, 412-415 (D.C. Cir. 1995), and <u>Houston Business Journal, Inc. v. Office of the Comptroller of the Currency</u>, 86 F.3d 1208, 1211 (D.C. Cir. 1996).

WHEREFORE, this subpoena matter is properly removed from the Superior Court of the District of Columbia, to this Court, pursuant to 28 U.S.C. § 1442(a)(1) and 1446, <u>Brown & Williamson Tobacco Corp.</u>, and <u>Houston Business Journal, Inc</u>. The underlying Family Court case is not being removed and will remain in Superior Court.

Respectfully submitted,

JEFFREY A TAYLOR, D.C. Bar #498610
United States Attorney

ALEXANDER D. SHOAIBI, D.C. Bar #423587
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 5147236

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| PETITION OF H.A.J. ) | Misc. No.: |
| ) | |
| ) | Judge |
| ) | |
| ) | (On removal from the Superior |
| ) | Court of the District of Columbia, |
| ) | Adoption No.: A58-06 |
| _____ ) | |

### VERIFICATION

1. I am an Assistant United States Attorney for the District of Columbia, and one of the persons responsible for the conduct and management of this subpoena matter on behalf of the federal defendant.

2. I have reviewed the subpoena filed by the defendant in the Family Court Division, Domestic Relations Branch of the Superior Court of the District of Columbia, and, upon information and belief, the allegations contained in this Notice of Filing of Notice of Removal of a Civil Action are true.

3. I verify under penalty of perjury that the foregoing is true and correct.

Executed on this 26th day of October, 2006.

_____
ALEXANDER D. SHOAIBI, DC Bar #423587
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing (1) Notice of Removal of a Subpoena Matter, and (2) Verification, has been made by hand-delivering copies thereof to:

>Ashok K. Batra
>14509 Cantrell Road
>Silver Spring, MD 20905

on this 27th day of October, 2005.

_____
ALEXANDER D. SHOAIBI, D.C. Bar # 423587
Assistant United States Attorney

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## FAMILY COURT
### DOMESTIC RELATIONS BRANCH

**SUBPOENA**  **SUBPOENA DECUS TECUM**

_____
Plaintiff

vs.   PETITION OF H.A.J.

CSOSA
OFFICE OF GENERAL COUNSEL

2006 OCT 11 P 3:28

ADOPTION NO.: A 58-06

_____
Defendant

TO: Ms. HOPE TAYLOR, PO, CSOSA   910 Rhode Island Ave, NE WDC 20002

**YOU ARE COMMANDED** to appear at the place, date, and time specified below to testify in the above case.

| COURTROOM: JM-10 | Date: 10/26/06  10/27/06 | Time: 9:00 am |
|---|---|---|

**YOU ARE COMMANDED** to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION: | Date: | Time: |
|---|---|---|

**YOU ARE COMMANDED** to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (*list documents of objects*)

**DOCUMENTS OR OBJECTS:** Please bring with you the documents, files, notes relating to probation & parole, adjustment, arrest & conviction record and drug results.

| PLACE OF PRODUCTION: | Date: | Time: |
|---|---|---|

**YOU ARE COMMANDED** to permit inspection of the following premises at the date and time specified below.

| PREMISES: | Date: | Time: |
|---|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who will consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. SCR-Adoption 30(b)(5).

Issuing Person's Signature and Title: _Ashok Batra_  Attorney for father   Date: 9/21/06

Issuing Person's Name, Address and Phone Number:
ASHOK K. BATRA, ESQ.
14509 CANTRELL ROAD
SILVER SPRING, MD 20905   301-384-8276
202-538-1155

THIS SUPOENA IS REQUIRED AT THE ABOVE DESIGNATED TIME AND PLACE.
YOU MAY NOT LEAVE WITHOUT THE COURT'S PERMISSION.

Rec'd 10/11/06 @ 3:09 PM

_____ Judge

See Rule 45 (a) of the District of Columbia Approval by Court. Every subpoena in an adoption proceeding must be approved by the Court prior to issuance. A subpoena shall be approved upon good cause show.
(See Rule 45, Superior Court Rules of Adoptions Procedure on Reverse)
White – Original Canary–Service Pink–Requestor's Goldenrod–File