UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE:                                      )
                                            )
PETITION OF H.A.J.                          )        Misc. No.: 06-470 RJL
                                            )
                                            )
                                            )
                                            )        (On removal from the Superior
                                            )        Court of the District of Columbia,
                                            )        Adoption No.: A58-06
_____ )


## NOTICE OF DISMISSAL

The United States Attorney, through the undersigned attorneys, and on behalf of the

Court Services and Supervision Agency for the District of Columbia (CSOSA) and Ms. Hope

Taylor, hereby files this file this Notice of Dismissal, because the Family Court proceeding of  In

Re Petition of H.A.J. (D.C. Super. Ct., Family Court, Domestic Relations Branch) took place

without the testimony of Ms. Taylor, a Community Supervision Officer employed by CSOSA.

After CSOSA and Ms. Taylor received a subpoena directing Ms. Taylor to appear before the

Superior Court in the above matter on Friday October 27, 2006, this subpoena matter was

removed pursuant to 28 U.S.C. §§ 1442(a), 1446, Brown & Williamson Tobacco Corp. v.

Williams, 62 F.3d 408, 412-415 (D.C. Cir. 1995), and Houston Business Journal, Inc. v. Office

of the Comptroller of the Currency, 86 F.3d 1208, 1211 (D.C. Cir. 1996). Because the underlying

Superior Court case has been resolved without Ms. Taylor's testimony, further proceedings with

respect to the subpoena are unnecessary.

Undersigned counsel discussed the matter with Ashok Batra, counsel for the party that issued the subpoena to CSOSA and to Ms. Hope Taylor, and he indicated he would have no objection to the filing of this notice of dismissal.

Respectfully submitted,


_____//_____
JEFFREY TAYLOR, D.C. BAR # 498610
United States Attorney


_____//_____
RUDOLPH  CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


_____//_____
ALEXANDER D. SHOAIBI, D.C. BAR # 423587
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W., Civil Division
Washington, D.C.  20530
(202) 514-7236

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Dismissal was mailed, postage prepaid, to

> Ashok K. Batra
> 14509 Cantrell Road
> Silver Spring, MD 20905

on this 31st day of January, 2007.

_____
ALEXANDER D. SHOAIBI, D.C. Bar # 423587
Assistant United States Attorney